IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BUTLER,** | : | |
| Plaintiff | : | No. 1:23-cv-01295 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **FEDEX SUPPLY CHAIN, INC.,** | : | |
| Defendant | : | |

## ORDER

**AND SO**, on this 6th day of August 2025, upon consideration of Defendant's "Unopposed Motion for Leave to File under Seal Materials from Public Access" (Doc. No. 51), along with Defendant's response (Doc. Nos. 58, 58-1) to this Court's November 25, 2024 Order to Show Cause (Doc. No. 53) directing Defendant to show cause as to why the documents filed provisionally under seal in connection with its pending motion for summary judgment should remain sealed pursuant to the requirements of <u>In re Avandia Marketing, Sales Practices and Products Liability Litigation</u>, 924 F.3d 662 (3d Cir. 2019) ("<u>Avandia</u>") governing the sealing of materials filed in connection with a summary judgment motion, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Defendant's motion (Doc. No. 51) is **GRANTED** insofar as the Court will permit Defendant to file a redacted version of its Exhibits U, V, W, X, and PP (Doc. Nos. 57-1 through 57-5), within fourteen (14) days of the date of this Order and the Court will temporarily retain Docket Numbers 57-1 through 57-5 under seal pending further Order of Court.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania